■ PEOPLE v GLENN COLEMAN, Defendant. [625 NYS2d 990] —Motion for change of venue denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Niagara County (CPL 230.20 [2]). If it develops during the voir dire that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature (see, *People v DiPiazza,* 24 NY2d 342; *People v Scott,* 197 AD2d

936). Present—Denman, P. J., Green, Callahan, Balio and Boehm, JJ.